# 7817

**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**

2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

January 6, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

    Re:    **Fitzroy Campbell - Case #02-24165**
           **Request to Deposit Unclaimed Funds into the United States Treasury**

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $297.64. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    **X**    I have made a diligent effort to locate the claimant(s) for said funds. The claimant has gone out of business.

    _____    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| **Claimant:** | Circuit City Store | **Amount:** | 297.64 | **Claims Register:** | #2A |
|---|---|---|---|---|---|
| **Claimant:** | _____ | **Amount:** | _____ | **Claims Register:** | #_____ |
| **Claimant:** | _____ | **Amount:** | _____ | **Claims Register:** | #_____ |
| **Claimant:** | _____ | **Amount:** | _____ | **Claims Register:** | #_____ |

C. Bruce Lawrence

